Fifty-five motions entitled against same respondents: THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD C. FINKE and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERTHA I. TRAVER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM R. BLEECKER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELEN E. MEISTER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEANOR G. TEBBUTT, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUSAN G. BRANDOW and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA C. HUNTER and Others, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEAN B. TOMPKINS, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST A. WELLER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA C. HUNTER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN G. M. HILTON, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE B. EVANS, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELENE M. JONES, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE MASON, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. SENECA S. SMITH, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. BESSIE D. TURNER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUSAN G. BRANDOW, Relator; THE PEOPLE OF. THE STATE OF NEW YORK ex rel. LEON D. COMSTOCK and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. AGNES DEVINE, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES L. MYERS, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH T. WALLACE, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRACE C. KLUGMAN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED N. GUYER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELLA B. GARDENIER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINFRED C. DECKER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH G. WOOD, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK A. STURM, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH C. KNICKERBOCKER, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM OWENS, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUPHEMIA C. WADE, Relator;

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNIE A. PICKEN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNIVERSAL BUSINESS CORPORATION, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH MORRIS, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST B. MORRIS and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBANY CITY COMPANY, INC., Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEANOR S. HAMLIN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. HAMLIN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD COHEN and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. FLEMING, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES KUNZ and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK S. LUCE and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK S. LUCE, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR F. CRAFT and Another, Relators; THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUDLEY B. WADE, as Executor, etc., of W. IRVING GOEWEY, Deceased, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. HAMLIN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALICE H. WOOLLARD, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. KARL E. FINKE, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Life Tenant, and as Executor, etc., of MARY S. READ, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA READ EVORY, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURA WOOLLARD (WILLIAM E. WOOLLARD, Substituted Relator), Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEANOR S. HAMLIN, Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, JR., Relator; THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY B. WOOLLARD, Relator; v. NICHOLAS J. FAHRENKOPF, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants.— Motions to dismiss the appeal taken by city of Albany from judgments reducing assessments. Also motions to extend appellants' time to perfect appeals and also for leave to withdraw notice of appeal in one proceeding. The corporation counsel states the only question to be raised on the appeals is the amount of the referee's fees. Retaxation by the county clerk has been had and a motion in reference thereto is now pending before the Special Term. These motions are opposed by the city upon the ground as stated " that appellants have been unable to determine whether to bring the question to this Court on the appeals from the orders and judgments herein or to present the question in the retaxation proceedings." The respondents have been forced to seek the aid of the courts to obtain a fair assessment of their property. The appeal prevents the enforcement of the judgment. (Civ. Prac. Act, § 571.) The appeals should be dismissed with leave to appellants to apply for their reinstatement if such a course becomes necessary in order to present the question as to the referee's fees. Motions to extend appellants' time to perfect appeals denied. Motion for leave to withdraw notice of appeal in *People ex rel. William E. Woollard* v. *Fahrenkopf* and others, granted. Motions to dismiss appeals granted, with ten dollars costs in one motion, with leave to the appellants to apply for their reinstatement if such a course becomes necessary in order to present the question as to the referee's fees. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., concurs in result.